**United States District Court**
---------------------------------**DISTRICT of MARYLAND**---------------------------------

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| v. | |
| EBONY COLEY | CASE NO: CBD 13-MJ-2559 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Between, on or about 1 June 2013 and on or about 30 June 2013 at Joint Base Andrews, Maryland, in the District of Maryland, defendant did, within the special territorial jurisdiction of the United States in the State and District of Maryland, knowingly and unlawfully take and carry away, with the intent to steal or purloin, electronics and accessories, the personal property of Wireless Advocates, of a total value of less than $1,000.00, in violation of Title 18 United States Code, Section 661.

I hereby certify that I am a federal police officer, and that the facts upon which this complaint is based are as follows:

On 26 July 2013, at Joint Base Andrews, Maryland, Army and Air Force Exchange Service personnel notified Security Forces investigations of a theft that had occurred between on or about 1 June 2013 and on or about 30 June 2013 at the Wireless Advocates kiosk. Security Forces Investigations interviewed Wireless Advocates employee, Ebony Coley, and after advising her of her rights, which she acknowledged, she agreed to make a statement. Ms. Coley stated that in June 2013 while employed by Wireless Advocates, she took merchandise without rendering proper payment.

Continued on the attached sheet and made a part hereof: X Yes   No

_____
Signature of Complainant
Brandon Reed

Sworn to before me and subscribed in my presence,

Oct 7, 2013                    At    **Joint Base Andrews, Maryland**
Date                                  City and State

**CHARLES B. DAY, UNITED STATES MAGISTRATE JUDGE**     _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

**SYNOPSIS:**

1.1.

**COLEY, Ebony S. advisement of rights 5th Amendment dated 22 July 2013.** - Advised for Larceny.

COLEY did not request lawyer and was willing to make a verbal and written statement.

"She took one T- Mobile Samsung Galaxy S3 with the accompanying case (otter box Commuter Series) and one AT&T IPhone 5 with the accompanying case (otter box Commuter Series).

"Her intent was to sell both phones."

"She tried to cover up the losses by falsifying information in the GERS Variance sheet and on the daily inventory log."

1.2.

**JACKSON, Justin A. advisement of rights 5th Amendment dated 22 July 2013.** - Advised for Larceny.

JACKSON did not request lawyer and was willing to make a verbal and written statement.

"He did not know the Samsung Galaxy S3 phone was stolen when he got it from COLEY."

"He sold the phone to his Muslim brother's sister for $300.00 and used the money to have a barbecue and paid for his friend's lawn to be mowed."

"He gave COLEY two of his credit cards as collateral until he paid her for the phone."

"WARNING: The attached Security Forces Report of Investigation contains law enforcement sensitive information and is For Official Use Only (FOUO). This document is property of the United States Air Force. Contents may be disclosed only to persons whose official duties require hereto. Maintaining this information in any physical or electronic file is prohibited. Secondary distribution is also prohibited. While this document is in your possession, it is your responsibility that the information contained herein is not released to unauthorized persons. This information must not be left unattended or where an unauthorized person may have access to it. When not in use it must be stored and secured properly. Requests for access or disclosure of the attached document(s) must be referred to the Security Forces Investigations Section.

# STATEMENT OF SUSPECT/WITNESS/COMPLAINANT

☒ SUSPECT EC
☐ WITNESS/COMPLAINANT

## PRIVACY ACT STATEMENT

**AUTHORITY:** 10 U.S.C. 8013; 44 U.S.C. 3101; and EO 9397
**PRINCIPAL PURPOSES:** Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, security police, AFOSI special agents, etc.; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.
**ROUTINE USES:** Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.
**DISCLOSURE IS VOLUNTARY:** SSN is used to positively identify the individual making the statement.

## I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| 20130726 EC | EC 1300 | EC Bld 1502 Rm 151 | S3I | ☐ OFFENSE ☐ COMPLAINT |

## II. PERSONAL IDENTIFICATION (Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE |
|---|---|---|
| Coley, Ebony S EC | EC | CIV |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE HOME / DUTY |
|---|---|---|

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| Same as above | Wireless Advocates | |

### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|

## III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT (Suspect Only)

I have been advised that I am suspected of the following offenses:

EC "Larceny" EC

| ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.) |
|---|---|
| Leah Camacho | Security Forces Investigator |

**SUSPECT INITIALS** — and advised me that I have the following rights according to the **5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice.**

| Initials | Right |
|---|---|
| EC | I have the right to remain silent - that is to say nothing at all. |
| EC | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
| EC | I have the right to consult with a lawyer. |
| EC | I have the right to have a lawyer present during this interview. |
| EC | I may obtain a civilian lawyer of my own choice at no expense to the government. |
| EC | I may request a lawyer any time during this interview. |
| EC | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time. |
| EC | MILITARY ONLY: If I want a military lawyer, one will be appointed for me free of charge. EC |
| EC | CIVILIANS ONLY: If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

**SUSPECT INITIALS** — I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me.
*I make the following choice. (Initial One)*

| Initials | Choice |
|---|---|
| EC | I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
| | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
| | I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer. |

*I fully understand my rights and that my signature does not constitute an admission of guilt.*

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| Ebony A. Coley Ebony S. Coley | /Leah M Camacho |

**AF FORM 1168, 19980401 (IMT-V1)** — PREVIOUS EDITIONS ARE OBSOLETE. — PAGE 1 OF 3 PAGES

EC
3 of 5 BF

**United States District Court**
------------------------------------DISTRICT of MARYLAND------------------------------------

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| v. | |
| EBONY COLEY | CASE NO: |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Between, on or about 1 June 2013 and on or about 30 June 2013 at Joint Base Andrews, Maryland, in the District of Maryland, defendant did, within the special territorial jurisdiction of the United States in the State and District of Maryland, knowingly and unlawfully take and carry away, with the intent to steal or purloin, electronics and accessories, the personal property of Wireless Advocates, of a total value of less than $1,000.00, in violation of Title 18 United States Code, Section 661.

I hereby certify that I am a federal police officer, and that the facts upon which this complaint is based are as follows:

On 26 July 2013, at Joint Base Andrews, Maryland, Army and Air Force Exchange Service personnel notified Security Forces investigations of a theft that had occurred between on or about 1 June 2013 and on or about 30 June 2013 at the Wireless Advocates kiosk. Security Forces Investigations interviewed Wireless Advocates employee, Ebony Coley, and after advising her of her rights, which she acknowledged, she agreed to make a statement. Ms. Coley stated that in June 2013 while employed by Wireless Advocates, she took merchandise without rendering proper payment.

Continued on the attached sheet and made a part hereof:   X  Yes      No

_____
Signature of Complainant
Brandon Reed

Sworn to before me and subscribed in my presence,

Oct 7, 2013
Date                                              At

**Joint Base Andrews, Maryland**
City and State

**CHARLES B. DAY, UNITED STATES MAGISTRATE JUDGE**
Name & Title of Judicial Officer                    Signature of Judicial Officer

1 of 5

**SYNOPSIS:**

1.1.

**COLEY, Ebony S. advisement of rights 5th Amendment dated 22 July 2013.** - Advised for Larceny.

COLEY did not request lawyer and was willing to make a verbal and written statement.

"She took one T- Mobile Samsung Galaxy S3 with the accompanying case (otter box Commuter Series) and one AT&T IPhone 5 with the accompanying case (otter box Commuter Series).

"Her intent was to sell both phones."

"She tried to cover up the losses by falsifying information in the GERS Variance sheet and on the daily inventory log."

1.2.

**JACKSON, Justin A. advisement of rights 5th Amendment dated 22 July 2013.** - Advised for Larceny.

JACKSON did not request lawyer and was willing to make a verbal and written statement.

"He did not know the Samsung Galaxy S3 phone was stolen when he got it from COLEY."

"He sold the phone to his Muslim brother's sister for $300.00 and used the money to have a barbecue and paid for his friend's lawn to be mowed."

"He gave COLEY two of his credit cards as collateral until he paid her for the phone."

"WARNING: The attached Security Forces Report of Investigation contains law enforcement sensitive information and is For Official Use Only (FOUO). This document is property of the United States Air Force. Contents may be disclosed only to persons whose official duties require hereto. Maintaining this information in any physical or electronic file is prohibited. Secondary distribution is also prohibited. While this document is in your possession, it is your responsibility that the information contained herein is not released to unauthorized persons. This information must not be left unattended or where an unauthorized person may have access to it. When not in use it must be stored and secured properly. Requests for access or disclosure of the attached document(s) must be referred to the Security Forces Investigations Section.

| STATEMENT OF SUSPECT/WITNESS/COMPLAINANT | ✗ SUSPECT EC |
|---|---|
| | ☐ WITNESS/COMPLAINANT |

**PRIVACY ACT STATEMENT**

AUTHORITY: 10 U.S.C. 8013; 44 U.S.C. 3101; and EO 9397
PRINCIPAL PURPOSES: Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, security police, AFOSI special agents, etc.; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.
ROUTINE USES: Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.
DISCLOSURE IS VOLUNTARY: SSN is used to positively identify the individual making the statement.

## I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| 20130726 EC | EC 1300 | EC Bld 1502 Rm 151 | S3I | ☐ OFFENSE |
| | | | | ☐ COMPLAINT |

## II. PERSONAL IDENTIFICATION (Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE |
|---|---|---|
| Coley, Ebony S  EC | EC | CIV |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE |
|---|---|---|
| | | HOME / DUTY |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| Same as above | Wireless Advocates | |

### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|
| | | | | |

## III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT (Suspect Only)

I have been advised that I am suspected of the following offenses:

EC "Larceny" EC

| ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.) |
|---|---|
| Leah Camacho | Security Forces Investigator |

| SUSPECT INITIALS | and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice. |
|---|---|
| EC | I have the right to remain silent - that is to say nothing at all. |
| EC | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
| EC | I have the right to consult with a lawyer. |
| EC | I have the right to have a lawyer present during this interview. |
| EC | I may obtain a civilian lawyer of my own choice at no expense to the government. |
| EC | I may request a lawyer any time during this interview. |
| EC | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time. |
| EC | MILITARY ONLY: If I want a military lawyer, one will be appointed for me free of charge. EC |
| EC | CIVILIANS ONLY: If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

| SUSPECT INITIALS | I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me. I make the following choice. (Initial One) |
|---|---|
| EC | I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
| | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
| | I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer. |

I fully understand my rights and that my signature does not constitute an admission of guilt.

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| Ebony A. Coley  Ebony S. Coley | /Leah M___ |

| AF FORM 1168, 19980401 (IMT-V1) | PREVIOUS EDITIONS ARE OBSOLETE. | PAGE 1 OF 3 PAGES |

EC
3 of 5 BF

## IV. STATEMENT

EC | About a month ago (June, 2013) I took one T-mobile Samsung galaxy S3 + the accompanying case (Otter Box Commuter Series). Also during this time I took one AT&T Iphone 5 + the accompanying case (otter box defender series). It was my intent to sell these items. I gave the galaxy S3 to Justin who works in the food court at the exchange, he was supposed to pay me today (Friday, July, 26, 2013). I also gave him (Justin) the Otter box Commuter + the original box the phone came in which had everything in it but the charger. Justin was supposed to pay me $250.00 to $300.00. I was going to keep the Iphone 5 for my own personal use as well as the case (otter box defender) but yesterday a gentleman who said he was a friend of Justin's text me + said he wanted to buy the Iphone 5. I later found out that he was loss prevention for Wireless Advocates but, it was my plan to sell the Iphone to him as of yesterday. I took the two phones + the two cases because my family was facing eviction due to our rent being late. The value of the galaxy S3 is approximately $500.00 to $600.00 + the value of the Iphone 5 is appoximately $600.00 to $700.00. The two otterbox cases cost $34.99 (Commuter) + 49.99 (Defender). I appologize for the loss that I've cost both Wireless Advocates + AAFES + I am willing to pay all fees associated. EC

## V. OATH/SIGNATURE

"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge." EC

**SIGNATURE OF PERSON MAKING STATEMENT:** Ebony S. Coley

**SIGNATURE OF WITNESS/INTERVIEWER:** [signature]

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 26 day of July, 2013.

**SIGNATURE OF PERSON ADMINISTERING OATH:** [signature]

## VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type: "Page ___ of ___ Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.

AF FORM 1168, 19980401 (REVERSE) (IMT-V1)   PAGE 2 OF 3 PAGES   EC

4 of 5

**CONTINUATION SHEET FROM AF FORM 1168**

STATEMENT OF: Ebony S. Coley EC                DATE: July 26, 2013 EC

Justin gave me his ~~two debit~~ bit Cards as Collateral because at the time I gave him the phone, he didn't have the cash to pay me so I held onto them until today. I tried to cover up the losses by false fying information in the GERS variance sheet and on the daily inventory log. I gave the galaxy S3 to Justin between the 3rd and the 10th of July. I have held the Iphone 5 in my personal possession for a little over a month. Again, I fully understand all of the losses that I've caused both Wireless ~~advc~~ advocates & AFEES and sincerely apologize for my actions. I am willing to reimburse Wireless advocates & AFEES for these stolen items. The Iphone 5 box is in my house. EC// End of Statement //EC

"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influences, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true to the best of my knowledge." EC

_Ebony S. Coley_
(Signature of person making statement)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 26 day of July, 2013.

_[signature]_
(Signature of person administering oath)

PAGE 3 OF 3 PAGES
EC